**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
**SOUTHERN DISTRICT OF TEXAS**

Case number (if known): _____   Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

| | | | |
|---|---|---|---|
| 1. | Debtor's name | | MJS Capital Management, Inc. |
| 2. | All other names debtor used in the last 8 years | | |
| | Include any assumed names, trade names and *doing business as* names | | |
| 3. | Debtor's federal Employer Identification Number (EIN) | | 4  5 – 3  1  9  6  0  0  9 |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1712 N. MacGregor Way** | |
| Number     Street | Number     Street |
| | P.O. Box |
| **Houston**       **TX**    **77023** | |
| City             State   ZIP Code | City                 State   ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number     Street |
| | City                 State   ZIP Code |

5. Debtor's website (URL)   _____

6. Type of debtor

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor  **MJS Capital Management, Inc.** _____   Case number (if known) _____

---

**7.   Describe debtor's business**

*A.  Check one:*

☐  Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐  Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐  Railroad (as defined in 11 U.S.C. § 101(44))
☐  Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐  Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐  Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑  None of the above

*B.  Check all that apply:*

☐  Tax-exempt entity (as described in 26 U.S.C. § 501)
☐  Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐  Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

*C.*  NAICS (North American Industry Classification System) 4-digit code that best describes debtor.  See http://www.uscourts.gov/four-digit-national-association-naics-codes

<u>  1  </u>  <u>  1  </u>  <u>  1  </u>  <u>  0  </u>

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box.  A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐  Chapter 7
☐  Chapter 9
☑  Chapter 11.  *Check all that apply:*

☐  The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725.  If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑  The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, AND IT CHOOSES TO PROCEED UNDER SUBCHAPTER V OF CHAPTER 11.  If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐  A plan is being filed with this petition.

☐  Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐  The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

☑  The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐  Chapter 12

---

Debtor  **MJS Capital Management, Inc.** _____   Case number (if known) _____

| | | |
|---|---|---|
| 9. | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** | ☑ No |
| | | ☐ Yes. District _____ When _____ Case number _____ |
| | If more than 2 cases, attach a separate list. | MM / DD / YYYY |
| | | District _____ When _____ Case number _____ |
| | | MM / DD / YYYY |
| | | District _____ When _____ Case number _____ |
| | | MM / DD / YYYY |

| | | |
|---|---|---|
| 10. | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ☑ No |
| | | ☐ Yes. Debtor _____ Relationship _____ |
| | List all cases. If more than 1, attach a separate list. | District _____ When _____ |
| | | MM / DD / YYYY |
| | | Case number, if known _____ |
| | | |
| | | Debtor _____ Relationship _____ |
| | | District _____ When _____ |
| | | MM / DD / YYYY |
| | | Case number, if known _____ |

11.  **Why is the case filed in _this district_?**

_Check all that apply:_

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

Debtor  **MJS Capital Management, Inc.** _____     Case number (if known) _____

| 12. | Does the debtor own or have possession of any real property or personal property that needs immediate attention? | ☑ No |
|---|---|---|

☐ Yes. Answer below for each property that needs immediate attention.  Attach additional sheets if needed.

**Why does the property need immediate attention?**     *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number        Street

_____

_____
City                                      State        ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency   _____

         Contact name      _____

         Phone             _____

---

## Statistical and adminstrative information

| 13. | Debtor's estimation of available funds | *Check one:* |
|---|---|---|

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

Debtor  **MJS Capital Management, Inc.** _____  Case number (if known) _____

## Request for Relief, Declaration, and Signatures

**WARNING** --Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

17.  **Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **12/04/2023**
MM / DD / YYYY

X  **/s/ Marlene Janet Sarres** _____
Signature of authorized representative of debtor

**Marlene Janet Sarres**
Printed name

**President/CEO**
Title

18.  **Signature of attorney**

X  **/s/ Alex O. Acosta** _____  Date  **12/04/2023**
Signature of attorney for debtor                    MM / DD / YYYY

**Alex O. Acosta**
Printed name

**Acosta Law P.C.**
Firm name

**One Northwest Centre**
Number          Street

**13831 Northwest Freeway Suite 400**

**Houston**                              **TX**          **77040**
City                                    State        ZIP Code

**(713) 980-9014**                      **alex@theacostalawfirm.com**
Contact phone                          Email address

**00798021**                            **TX**
Bar number                              State

**Fill in this information to identify the case**

Debtor name **MJS Capital Management, Inc.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1.  **Does the debtor have any cash or cash equivalents?**

    ☑ No.  Go to Part 2.
    ☐ Yes.  Fill in the information below.

    **All cash or cash equivalents owned or controlled by the debtor**

    Current value of
    debtor's interest

2.  **Cash on hand**

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

    Name of institution (bank or brokerage firm)          Type of account          Last 4 digits of
    account number

4.  **Other cash equivalents**    *(Identify all)*

    Name of institution (bank or brokerage firm)

5.  **Total of Part 1**
    Add lines 2 through 4 (including amounts on any additional sheets).  Copy the total to line 80.

    | $0.00 |

### Part 2: Deposits and prepayments

6.  **Does the debtor have any deposits or prepayments?**

    ☑ No.  Go to Part 3.
    ☐ Yes.  Fill in the information below.

Debtor      **MJS Capital Management, Inc.**                                    Case number (if known) _____
            Name

**Current value of
debtor's interest**

7.  **Deposits, including security deposits and utility deposits**

    Description, including name of holder of deposit

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

    Description, including name of holder of prepayment

9.  **Total of Part 2.**
    Add lines 7 through 8.  Copy the total to line 81.                                      | $0.00 |

---

**Part 3:**   **Accounts receivable**

10.  **Does the debtor have any accounts receivable?**

     ☑ No.  Go to Part 4.
     ☐ Yes.  Fill in the information below.

**Current value of
debtor's interest**

11.  **Accounts receivable**

11a.  90 days old or less:  _____ – _____ = .............. ➜  _____
                           face amount          doubtful or uncollectible accounts

11b.  Over 90 days old:    _____ – _____ = .............. ➜  _____
                           face amount          doubtful or uncollectible accounts

12.  **Total of Part 3**
     Current value on lines 11a + 11b = line 12.  Copy the total to line 82.              | $0.00 |

---

**Part 4:**   **Investments**

13.  **Does the debtor own any investments?**

     ☑ No.  Go to Part 5.
     ☐ Yes.  Fill in the information below.

                                                            **Valuation method            Current value of
                                                            used for current value        debtor's interest**

14.  **Mutual funds or publicly traded stocks not included in Part 1**

       Name of fund or stock:

15.  **Non-publicly traded stock and interests in incorporated and unincorporated
     businesses, including any interest in an LLC, partnership, or joint venture**

       Name of entity:                                 % of ownership:

16.  **Government bonds, corporate bonds, and other negotiable and
     non-negotiable instruments not included in Part 1**

       Describe:

17.  **Total of Part 4**
     Add lines 14 through 16.  Copy the total to line 83.                                  | $0.00 |

---

**Part 5:**   **Inventory, excluding agriculture assets**

18.  **Does the debtor own any inventory (excluding agriculture assets)?**

     ☑ No.  Go to Part 6.
     ☐ Yes.  Fill in the information below.

Debtor    **MJS Capital Management, Inc.**                                                    Case number (if known) _____
_____
Name

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| 22. **Other inventory or supplies** | | | | |

23. **Total of Part 5**
Add lines 19 through 22. Copy the total to line 84.                                                                    _____ $0.00

24. **Is any of the property listed in Part 5 perishable?**
☐ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes.  Book value _____   Valuation method _____   Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☐ No
☐ Yes

---

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**
☑ No.  Go to Part 7.
☐ Yes. Fill in the information below.

| General description | | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 28. **Crops--either planted or harvested** | | | | |
| 29. **Farm animals**  *Examples:*  Livestock, poultry, farm-raised fish | | | | |
| 30. **Farm machinery and equipment**  (Other than titled motor vehicles) | | | | |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | | |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | | |

33. **Total of Part 6.**
Add lines 28 through 32.  Copy the total to line 85.                                                                    _____ $0.00

34. **Is the debtor a member of an agricultural cooperative?**
☐ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
  ☐ No
  ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes.  Book value _____   Valuation method _____   Current value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
☐ No
☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☐ No
☐ Yes

Debtor  __**MJS Capital Management, Inc.**_____  Case number (if known) _____
     Name

## Part 7:  Office furniture, fixtures, and equipment; and collectibles

**38.  Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No.  Go to Part 8.
☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**39.  Office furniture**

**40.  Office fixtures**

**41.  Office equipment, including all computer equipment and communication systems equipment and software**

**42.  Collectibles**  *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**43.  Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

| $0.00 |
|---|

**44.  Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
☐ Yes

**45.  Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☐ No
☐ Yes

## Part 8:  Machinery, equipment, and vehicles

**46.  Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No.  Go to Part 9.
☐ Yes.  Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**47.  Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

**48.  Watercraft, trailers, motors, and related accessories** Examples: Boats trailers, motors, floating homes, personal watercraft, and fishing vessels

**49.  Aircraft and accessories**

**50.  Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

**51.  Total of Part 8.**
Add lines 47 through 50.  Copy the total to line 87.

| $0.00 |
|---|

**52.  Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☐ Yes

**53.  Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☐ No
☐ Yes

12/04/2023 05:09:01pm

| Debtor | **MJS Capital Management, Inc.** | Case number (if known) | _____ |
|---|---|---|---|
| | Name | | |

## Part 9:   Real property

**54.   Does the debtor own or lease any real property?**

☐   No.  Go to Part 10.
☑   Yes.  Fill in the information below.

**55.   Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| | Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 55.1. | **0 LAWNDALE ST**<br>**HOUSTON TX 77012**<br>**0 LAWNDALE ST, HOUSTON, TX 77012**<br>**Legal Description:.50 U/D INT IN TR 2 BLK 59 HARRISBURG**<br>**Property Address:0 LAWNDALE ST**<br>**HOUSTON TX 77012** | **Fee Simple** | | **HCAD Market Valu** | **$22,856.00** |
| 55.2. | **7523 LAWNDALE ST**<br>**HOUSTON TX 77012**<br>**7523 LAWNDALE ST, HOUSTON, TX 77012**<br>**Legal Description:TRS 1 & 2A BLK 59 HARRISBURG**<br>**Property Address:7523 LAWNDALE ST**<br>**HOUSTON TX 77012** | **Fee Simple** | | **HCAD Market Valu** | **$60,705.00** |
| 55.3. | **0**<br>**TRS 3 & 4A BLK 59**<br>**Legal Description:TRS 3 & 4A BLK 59 HARRISBURG**<br>**Property Address:0** | **Fee Simple** | | **HCAD Market Valu** | **$48,447.00** |
| 55.4. | **5839 GEORGETOWN COLONY DR**<br>**HOUSTON TX 77084**<br>**5839 GEORGETOWN COLONY DR, HOUSTON, TX 77084**<br>**Legal Description:LT 6 BLK 3 GEORGETOWN COLONY SEC 1**<br>**Property Address:5839 GEORGETOWN COLONY DR**<br>**HOUSTON TX 77084** | **Fee Simple** | | **HCAD Market Valu** | **$285,578.00** |

Debtor    **MJS Capital Management, Inc.** _____    Case number (if known) _____
          Name

| | | | | |
|---|---|---|---|---|
| 55.5. **6678 SYLVAN RD**<br>**HOUSTON TX 77023**<br>**6678 SYLVAN RD, HOUSTON, TX**<br>**77023**<br>**Legal Description:LT 4 BLK**<br>**16**<br>**IDYLWOOD**<br>**Property Address:6678**<br>**SYLVAN RD**<br>**HOUSTON TX 77023** | **Fee Simple** | | **HCAD Market Valu** | **$244,784.00** |
| 55.6. **7510 LAWNDALE ST**<br>**HOUSTON TX 77012**<br>**7510 LAWNDALE ST, HOUSTON, TX**<br>**77012**<br>**Legal Description:TRS 7 & 8**<br>**& TRS 6A 9 & 10A**<br>**BLK 82**<br>**HARRISBURG**<br>**Property Address:7510**<br>**LAWNDALE ST**<br>**HOUSTON TX 77012** | **Fee Simple** | | **HCAD Market Valu** | **$1,093,414.00** |
| 55.7. **0 LAWNDALE ST**<br>**HOUSTON TX 77012**<br>**0 LAWNDALE ST, HOUSTON, TX**<br>**77012**<br>**Legal Description:TRS 3A &**<br>**3B BLK 59**<br>**HARRISBURG**<br>**Property Address:0**<br>**LAWNDALE ST**<br>**HOUSTON TX 77012** | **Fee Simple** | | **HCAD Market Valu** | **$101,566.00** |
| 55.8. **0 LAWNDALE ST**<br>**HOUSTON TX 77012**<br>**0 LAWNDALE ST, HOUSTON, TX**<br>**77012**<br>**Legal Description:.50 U/D INT**<br>**IN TR 2 BLK 59**<br>**HARRISBURG**<br>**Property Address:0**<br>**LAWNDALE ST**<br>**HOUSTON TX 77012** | **Fee Simple** | | **HCAD Market Valu** | **$22,856.00** |
| 55.9. **0 LAWNDALE ST**<br>**HOUSTON TX 77012**<br>**0 LAWNDALE ST, HOUSTON, TX**<br>**77012**<br>**Harris County Tax Account**<br>**0161380000010**<br><br>**Legal Description:**<br><br>**TR 2B BLK 59**<br>**HARRISBURG**<br><br>**Property Address:**<br>**0 LAWNDALE ST**<br>**HOUSTON TX 77012** | **Fee Simple** | | **HCAD Market Valu** | **$60,705.00** |

Debtor    **MJS Capital Management, Inc.**                                    Case number (if known)
                   Name

| | | | | |
|---|---|---|---|---|
| 55.10. | **7525 LAWNDALE ST**<br>**HOUSTON TX 77012**<br>**7525 LAWNDALE ST, HOUSTON, TX**<br>**77012**<br>**Harris County Tax Account**<br>**0161380000009**<br><br>**Legal Description:**<br>**TR 1A BLK 59**<br>**HARRISBURG**<br><br>**Property Address:**<br>**7525 LAWNDALE ST**<br>**HOUSTON TX 77012** | **Fee Simple** | | **HCAD Market Valu** | $52,500.00 |
| 55.11. | **0 MANCHESTER**<br>**HOUSTON TX 77012**<br>**0 MANCHESTER, HOUSTON, TX**<br>**77012**<br>**Legal Description:TRS 6 7 & 8**<br>**BLK 59**<br>**HARRISBURG**<br>**Property Address:0**<br>**MANCHESTER**<br>**HOUSTON TX 77012** | **Fee Simple** | | **HCAD Market Valu** | $161,350.00 |
| 55.12. | **0 LAWNDALE ST**<br>**HOUSTON TX 77012**<br>**0 LAWNDALE ST, HOUSTON, TX**<br>**77012**<br>**Harris County Tax Account**<br>**0161380000004**<br>**Legal Description:**<br><br>**TRS 4 & 4B BLK 59**<br>**HARRISBURG**<br><br>**Property Address:**<br>**0 LAWNDALE ST**<br>**HOUSTON TX 77012** | **Fee Simple** | | **HCAD Market Valu** | $57,205.00 |
| 55.13. | **0 SYLVAN RD**<br>**HOUSTON TX 77023**<br>**0 SYLVAN RD, HOUSTON, TX 77023**<br>**Legal Description:TRS 1B &**<br>**1F-1**<br>**SYLVAN DELLS**<br>**Property Address:0 SYLVAN**<br>**RD**<br>**HOUSTON TX 77023** | **Fee Simple** | | **HCAD Market Valu** | $221,234.00 |

Debtor  __MJS Capital Management, Inc._____  Case number (if known) _____
                  Name

| | | | |
|---|---|---|---|
| 55.14. **0 SYLVAN RD**<br>**HOUSTON TX 77023**<br>**HARRIS COUNTY TAX ACCOUNT NO.:**<br>**1379870010001**<br>**HARRIS COUNTY TAX ACCOUNT**<br>**NUMBER 1379870010001**<br><br>**Legal Description:**<br>**LT 4 BLK 1**<br>**SYLWOOD PINES**<br><br>**Property Address:**<br>**0 SYLVAN RD**<br>**HOUSTON TX 77023** | **Fee Simple** | **HCAD Market Valu** | **$132,561.00** |
| 55.15. **0 SYLVAN RD**<br>**HOUSTON TX 77023**<br>**0 SYLVAN RD, HOUSTON, TX 77023**<br>**Legal Description:LT 3 BLK 1**<br>**SYLWOOD PINES**<br>**Property Address:0 SYLVAN**<br>**RD**<br>**HOUSTON TX 77023** | **Fee Simple** | **Hcad Market Value** | **$132,561.00** |
| 55.16. **0 SYLVAN RD**<br>**HOUSTON TX 77023**<br>**0 SYLVAN RD, HOUSTON, TX 77023**<br>**Legal Description:LT 2 BLK 1**<br>**SYLWOOD PINES**<br>**Property Address:0 SYLVAN**<br>**RD**<br>**HOUSTON TX 77023** | **Fee Simple** | **HCAD Market Valu** | **$132,561.00** |
| 55.17. **0 SYLVAN RD**<br>**HOUSTON TX 77023**<br>**0 SYLVAN RD, HOUSTON, TX 77023**<br>**Legal Description:LT 1 BLK 1**<br>**SYLWOOD PINES**<br>**Property Address:0 SYLVAN**<br>**RD**<br>**HOUSTON TX 77023** | **Fee Simple** | **HCAD Market Valu** | **$132,561.00** |

**56.** **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.          | **$2,963,444.00** |

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No
☐ Yes

**58.** **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No
☐ Yes

## Part 10: Intangibles and Intellectual Property

**59.** **Does the debtor have any interests in intangibles or intellectual property?**

☑ No.  Go to Part 11.
☐ Yes.  Fill in the information below.

12/04/2023 05:09:01pm

Debtor   **MJS Capital Management, Inc.**
         Name
                                                              Case number (if known) _____

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

60. **Patents, copyrights, trademarks, and trade secrets**

61. **Internet domain names and websites**

62. **Licenses, franchises, and royalties**

63. **Customer lists, mailing lists, or other compilations**

64. **Other intangibles, or intellectual property**

65. **Goodwill**

66. **Total of Part 10.**
    Add lines 60 through 65.  Copy the total to line 89.                                                                     | $0.00 |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
    ☐ No
    ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    ☐ No
    ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    ☐ No
    ☐ Yes

## Part 11:  All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☑ No.  Go to Part 12.
    ☐ Yes.  Fill in the information below.

                                                                          **Current value of debtor's interest**

71. **Notes receivable**

    Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**

    Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature,
    including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

78. **Total of Part 11.**
    Add lines 71 through 77.  Copy the total to line 90.                                                                     | $0.00 |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ☐ No
    ☐ Yes

Debtor    **MJS Capital Management, Inc.**                                    Case number (if known) _____
                Name

| **Part 12:** | **Summary** |

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9* .............................➔ | | $2,963,444.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. 91a. | $0.00 + 91b. | $2,963,444.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92................................................................  $2,963,444.00

| Fill in this information to identify the case: |
| --- |

Debtor name  **MJS Capital Management, Inc.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known)  _____

☐ Check if this is an
   amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules.  Debtor has nothing else to report on this form.
☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.**  If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | *Column A*<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | *Column B*<br>**Value of collateral<br>that supports<br>this claim** |
| --- | --- | --- | --- | --- |
| **2.1** | **Creditor's name**<br>**GL& L Holdings, LLC.** | **Describe debtor's property that is<br>subject to a lien** | $1,019,273.52 | $1,093,414.00 |
| | **Creditor's mailing address**<br>**14780 Memorial Dr Suite 220** | **6678 SYLVAN RD, HOUSTON, TX 77023** | | |
| | | **Describe the lien**<br>**Non-Purchase Money / Agreement** | | |
| | **Houston        TX    77079** | **Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes | | |
| | **Creditor's email address, if known** | | | |
| | | **Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Date debt was incurred    2023** | | | |
| | **Last 4 digits of account<br>number       ___ ___ ___ ___** | **As of the petition filing date, the claim is:**<br>Check all that apply. | | |
| | **Do multiple creditors have an interest in<br>the same property?**<br>☑ No<br>☐ Yes.  Specify each creditor, including this<br>creditor, and its relative priority. | ☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | | |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the
Additional Page, if any.**

$2,422,991.07

12/04/2023 05:09:02pm

Debtor   **MJS Capital Management, Inc.** _____   Case number (if known) _____

| | |
|---|---|
| **Part 1:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

| Column A | Column B |
|---|---|
| **Amount of claim** | **Value of collateral** |
| Do not deduct the | **that supports** |
| value of collateral. | **this claim** |

---

**2.2**   Creditor's name
**GL& L Holdings, LLC.**

Creditor's mailing address
**14780 Memorial Dr Suite 220**

_____

**Houston           TX    77079**

Creditor's email address, if known

_____

Date debt was incurred      **2023**

Last 4 digits of account
number                        ___ ___ ___ ___

Do multiple creditors have an interest in
the same property?

☑ No
☐ Yes.  Have you already specified the
    relative priority?

  ☐ No.  Specify each creditor, including this
      creditor, and its relative priority.

  ☐ Yes.  The relative priority of creditors is
      specified on lines _____

Describe debtor's property that is
subject to a lien

**0 Sylvan, Houston Texas**

Describe the lien

**Non-Purchase Money / Agreement**

_____

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**$475,000.00**          **$642,467.00**

---

**2.3**   Creditor's name
**GL& L Holdings, LLC.**

Creditor's mailing address
**14780 Memorial Dr Suite 220**

_____

**Houston           TX    77079**

Creditor's email address, if known

_____

Date debt was incurred      **2023**

Last 4 digits of account
number                        ___ ___ ___ ___

Do multiple creditors have an interest in
the same property?

☑ No
☐ Yes.  Have you already specified the
    relative priority?

  ☐ No.  Specify each creditor, including this
      creditor, and its relative priority.

  ☐ Yes.  The relative priority of creditors is
      specified on lines _____

Describe debtor's property that is
subject to a lien

**0 Sylvan, Houston, Texas**

Describe the lien

**Non-Purchase Money / Agreement**

_____

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**$373,000.00**          **$221,234.00**

**Harris County Tax Account :0622090160013**

12/04/2023 05:09:02pm

Debtor   **MJS Capital Management, Inc.**                    Case number (if known) _____

| **Part 1:** | **Additional Page** | **Column A** | **Column B** |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

**Column A** — Amount of claim — Do not deduct the value of collateral.

**Column B** — Value of collateral that supports this claim

**2.4**

**Creditor's name**
**Julie Rivers Capital, LLC.**

**Creditor's mailing address**
**407 Julie Rivers Drive**

_____

_____

**Sugarland**          **TX**   **77478**

**Creditor's email address, if known**

_____

**Date debt was incurred**    **2022**

**Last 4 digits of account number**

___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes.  Have you already specified the relative priority?

　　☐ No.  Specify each creditor, including this creditor, and its relative priority.

　　☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**          $379,717.55          $588,190.00

**Legal Description:.50 U/D INT IN TR 2 BLK 59**

**Describe the lien**
**Non-Purchase Money / Agreement**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Harris County Acount 161380000001 7523 LAWNDALE ST**
**Harris County Acount1613800000030**
**Harris County Acount1613800000040 LAWNDALE ST**
**Harris County Acount1613800000070 MANCHESTER**
**Harris County Acount1613800000097525 LAWNDALE ST**
**Harris County Acount1613800000100 LAWNDALE ST**
**Harris County Acount1613800000220 LAWNDALE ST**
**Harris County Acount1613800000270 LAWNDALE ST**
**Harris County Acount1613800000020 LAWNDALE ST**

Debtor   **MJS Capital Management, Inc.**                                    Case number (if known) _____

| Part 1: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral<br>that supports<br>this claim** |
|---|---|---|

**2.5**   **Creditor's name**
**SLN Interests, LLC.**

**Describe debtor's property that is subject to a lien**                    $176,000.00         $285,578.00

**Creditor's mailing address**
**P.O. Box 803174**

**5839 GEORGETOWN COLONY DR, HOUSTON, TX 77084**

**Describe the lien**
**Non-Purchase Money / Agreement**

**Dallas               TX    75380**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Creditor's email address, if known**
_____

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**    2023

**Last 4 digits of account number**       ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is specified on lines _____

Debtor   **MJS Capital Management, Inc.** _____ Case number (if known) _____

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1.  Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page.  If additional pages are needed, copy this page.

| **Name and address** | **On which line in Part 1 did you enter the related creditor?** | **Last 4 digits of account number for this entity** |
|---|---|---|
| **Rhea H. Laws** | Line   **2.4** | ___ ___ ___ ___ |
| **61 The Oval Street** | | |
| | | |
| | | |
| **Sugarland**           **TX**   **77479-2534** | | |

**Fill in this information to identify the case:**

Debtor **MJS Capital Management, Inc.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**
   If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.1** Priority creditor's name and mailing address

**Harris County**

**Ann Harris Bennett**

**Tax Assessor-Collector**

**PO Box 3547**

**Houston** **TX** **77253-3547**

Date or dates debt was incurred
**2023**

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a)( **8** )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Taxes**

Is the claim subject to offset?

☑ No
☐ Yes

Total claim: **Unknown**   Priority amount: **Unknown**

**2.2** Priority creditor's name and mailing address

**Internal Revenue Service**

**Centralized Insolvency Operations**

**P.O. Box 7346**

**Philadelphia** **PA** **19101-7346**

Date or dates debt was incurred
**2023**

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a)( **8** )

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Taxes**

Is the claim subject to offset?

☑ No
☐ Yes

Total claim: **Unknown**   Priority amount: **Unknown**

Debtor    **MJS Capital Management, Inc.**                    Case number (if known) _____

## Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3.   **List in alphabetical order all of the creditors with nonpriority unsecured claims.**  If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|--|--|--|

| 3.1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$84,000.00** |

Check all that apply.

**U.S. Small Business Adminstration**

☐ Contingent

**Little Rock Commercial Loan Servicing**

☐ Unliquidated

**Center 2120 Riverfront Drive, Suite 100**

☐ Disputed

| **Little Rock** | **AR** | **72202** |

**Basis for the claim:**

**SBA Disaster Loan**

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**

☑ No

**Last 4 digits of account number** ___ ___ ___ ___

☐ Yes

Debtor   **MJS Capital Management, Inc.** _____   Case number (if known) _____

## Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.**   **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. | **Total claims from Part 1** | 5a.   _____ **$0.00** |
| 5b. | **Total claims from Part 2** | 5b. **+** _____ **$84,000.00** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c.   _____ **$84,000.00** |

---

**Fill in this information to identify the case:**

Debtor Name **MJS Capital Management, Inc.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number (if known): _____

☐ Check if this is an amended filing

---

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

---

### Part 1: Summary of Assets

1. **Schedule A/B: Assets--Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from Schedule A/B................................................................ | **$2,963,444.00**

   1b. **Total personal property:**
   Copy line 91A from Schedule A/B................................................................ | **$0.00**

   1c. **Total of all property:**
   Copy line 92 from Schedule A/B................................................................ | **$2,963,444.00**

### Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D............... | **$2,422,991.07**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of Schedule E/F................................ | **$0.00**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F..................... | **+ $84,000.00**

4. **Total liabilities**
   Lines 2 + 3a + 3b............................................................................... | **$2,506,991.07**

---

**Fill in this information to identify the case and this filing:**

Debtor Name  **MJS Capital Management, Inc.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known)

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents.  This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

☐ Amended Schedule _____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **12/04/2023**
                MM / DD / YYYY

X **/s/ Marlene Janet Sarres**
   Signature of individual signing on behalf of debtor

**Marlene Janet Sarres**
Printed name

**President/CEO**
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name **MJS Capital Management, Inc.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case.  Include claims which the debtor disputes.  Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount.  If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | GL& L Holdings, LLC. 14780 Memorial Dr Suite 220 Houston,TX 77079 | | Non-Purchase Money | Disputed | $373,000.00 | $221,234.00 | $151,766.00 |
| 2 | U.S. Small Business Adminstration Little Rock Commercial Loan Servicing Center 2120 Riverfront Drive, Suite 100 | | SBA Disaster Loan | | | | $84,000.00 |
| 3 | Internal Revenue Service Centralized Insolvency Operations P.O. Box 7346 Philadelphia, PA 19101-7346 | | Taxes | Contingent | | | $0.00 |
| 4 | Harris County Ann Harris Bennett Tax Assessor-Collector PO Box 3547 Houston, TX 77253-3547 | | Taxes | | | | $0.00 |

```
GL& L Holdings, LLC.
14780 Memorial Dr Suite 220
Houston,TX 77079


Harris County
Ann Harris Bennett
Tax Assessor-Collector
PO Box 3547
Houston, TX 77253-3547

Internal Revenue Service
Centralized Insolvency Operatio
P.O. Box 7346
Philadelphia, PA 19101-7346


Julie Rivers Capital, LLC.
407 Julie Rivers Drive
Sugarland, Texas 77478


Rhea H. Laws
61 The Oval Street
Sugarland, Texas 77479-2534


SLN Interests, LLC.
P.O. Box 803174
Dallas, Texas 75380


U.S. Small Business Adminstrati
Little Rock Commercial Loan Ser
Center 2120 Riverfront Drive, S
Little Rock, AR 72202
```

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | | |
|---|---|---|---|
| IN RE: | § | | |
| **MJS Capital Management, Inc.** | § | | |
| | § | Case No. _____ | |
| | § | | |
| Debtor(s) | § | Chapter __11_____ | |

# DECLARATION FOR ELECTRONIC FILING OF
## BANKRUPTCY PETITION AND MASTER MAILING LIST (MATRIX)

## PART I: DECLARATION OF PETITIONER:

As an individual debtor in this case, or as the individual authorized to act on behalf of the corporation, partnership, or limited liability company seeking bankruptcy relief in this case, I hereby request relief as, or on behalf of, the debtor in accordance with the chapter of title 11, United States Code, specified in the petition to be filed electronically in this case.  I have read the information provided in the petition and in the lists of creditors to be filed electronically in this case and I HEREBY DECLARE UNDER PENALTY OF PERJURY that the information provided therein, as well as the social security information disclosed in this document, is true and correct.  I understand that this Declaration is to be filed with the Bankruptcy Court within five (5) business days after the petition and lists of creditors have been filed electronically.  I understand that a failure to file the signed original of this Declaration will result in the dismissal of my case.

☐ *[Only include for Chapter 7 individual petitioners whose debts are primarily consumer debts]* --
I am an individual whose debts are primarily consumer debts and who has chosen to file under chapter 7.  I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each chapter, and choose to proceed under chapter 7.

☑ *[Only include if petitioner is a corporation, partnership or limited liability company]* --
I hereby further declare under penalty of perjury that I have been authorized to file the petition and lists of creditors on behalf of the debtor in this case.

Date: __12/4/2023__     __/s/ Marlene Janet Sarres_____
Marlene Janet Sarres
President/CEO
**Complete EIN: __45-3196009_____**

## PART II: DECLARATION OF ATTORNEY:

I declare UNDER PENALTY OF PERJURY that: (1) I will give the debtor(s) a copy of all documents referenced by Part I herein which are filed with the United States Bankruptcy Court; and (2) I have informed the debtor(s), if an individual with primarily consumer debts, that he or she may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

Date: __12/4/2023_____     **/s/ Alex O. Acosta**_____
Alex O. Acosta, Attorney for Debtor